IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
FILE NO. 7:17-CV-00002-D

| | |
|---|---|
| HENRY G. WINTERS and IRIS L. WINTERS, Trustees of the Henry G. Winters and Iris L. Winters Revocable Living Trust Dated January 13, 2005; SCOTT A. HILLMAN and wife, BETH ANN HILLMAN; ECHO FARMS RESIDENTS ASSOCIATION, INC.; ELIZABETH C. VINAL; PHILIP CHRYST and wife, DEANNE CHRYST; and KENNETH J. WOLFE, JR. and wife, JILL S. WOLFE,<br>        Plaintiffs<br>vs.<br>ECHO FARMS, LLC,<br>        Defendant. | **ORDER** |

THIS MATTER COMING ON to be considered before the undersigned on the Parties' Joint Motion to Stay; and the Court having considered the Parties' Motion, HEREBY grants same and ORDERS that this matter be stayed for a period of forty-five (45) days. IT IS FURTHER ORDERED that all deadlines set forth in the Scheduling Order be extended by a like period of 45 days.

SO ORDERED. This __20__ day of June 2017.

JAMES C. DEVER III
Chief United States District Judge